# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-CR-1592-AJB |
|---|---|
| v. | |
| MARCO ANTONIO ENRIQUEZ-HERMOSILLO, | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |
| Defendant. | |

This matter comes before the Court upon the application of the United States of America to dismiss without prejudice the Complaint in this case under Rule 48(a) of the Federal Rules of Criminal Procedure. For the reasons stated in the motion, the court finds that the interests of justice and judicial economy are served by granting the requested dismissal.

WHEREFORE, IT IS HEREBY ORDERED that the United States' application to dismiss the Complaint without prejudice (ECF No. 17) is GRANTED.

IT IS FURTHER ORDERED that bond is exonerated. Defense Counsel must prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

Dated: July 27, 2020

Hon. Anthony J. Battaglia
United States District Judge